# AFFIDAVIT
# OF
# PHILIP D. PRITCHETT
# SENIOR SPECIAL AGENT
# BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES

I, Philip D. Pritchett, being first duly sworn, do hereby depose and state that:

1. I am a Senior Special Agent of the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) assigned to the Jefferson City, Missouri Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1). I have been an agent with ATF since July of 2002. During my career as a law enforcement officer, I have participated in hundreds of drug, violent crime and firearm investigations, either as a case agent or in various support roles at both the state and federal level.

2. This affidavit is submitted for the limited purpose of establishing probable cause that Nathaniel Craig CARROLL is in violation of Title 26, United States Code, Section 5861(f), the manufacture of a suppressor. Title 26, United States Code, Section 5861(f) provides: – It shall be unlawful for any person to make a firearm in violation of the provisions of Chapter 53 of Title 26 of the United States Code. Title 26, United States Code, Section 5845(a) defines a firearm as:

> (1) a shotgun having a barrel or barrels of less than 18 inches in length; (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length; (3) a rifle having a barrel or barrels of less than 16 inches in length; (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length; (5) any other weapon, as defined in subsection (e); (6) a machinegun; **(7) any silencer (as defined in section 921 of title 18, United States Code);** and (8) a destructive device. The term "firearm" shall not include an antique firearm or any device (other than a machinegun or destructive device) which, although designed as a weapon, the Secretary finds by reason of the date of its manufacture, value, design, and other characteristics is primarily a collector's item and is not likely to be used as a weapon.

A silencer is defined in Title 18, United States Code, Section 921(a)(24) as:

(24) The terms "firearm silencer" and "firearm muffler" mean any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication.

3. The facts in this affidavit come from my personal observations, training and experience, and information obtained from other agents, officers and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe necessary to establish probable cause for the aforementioned offense.

4. On October 25, 2017, it was brought to my attention that ATF had received information regarding Nathaniel Craig CARROLL purchasing items consistent with the manufacture of a suppressor or "silencer" as defined in 18 U.S.C. § 921(a)(24).

5. CARROLL has been recently arrested for harassment of a children's division worker who is involved in a case where CARROLL'S children were taken from the home. On October 24, 2017, a judge in Callaway County determined that the case was going to move toward the permanent removal of the children from CARROLL'S custody, which upset CARROLL a great deal.

6. On October 24, 2017, Deputy Korte-Sweede, Callaway County Sheriff's Office, noticed that immediately after the court hearing, CARROLL was seen at the Westlake Ace Hardware store. Deputy Korte-Sweede was concerned that CARROLL was intent on hurting himself because of what had happened at the hearing earlier. Deputy Korte-Sweede followed up with employees at Westlake's Ace hardware to determine what CARROLL was purchasing.

7. A salesperson from Westlake's Ace Hardware located at 206 East 3nd Street Fulton,

Missouri spoke with Deputy Korte-Sweede on October 25, 2017, in relation to CARROLL purchasing items from the store. This individual stated that CARROLL had made a statement about needing items to build a suppressor or "silencer". Deputy Korte-Sweede received a copy of the sales receipt of the items that CARROLL purchased as well as walked around with a salesperson to look at the items believed to have been purchased by CARROLL. The salesperson also stated that CARROLL asked him not to "throw him under the bus".

8. Deputy Korte-Sweede viewed surveillance video from Westlake and identified CARROLL from the video as the purchaser of the items reflected on the receipt, which included fender washers, PVC end caps, couplings and sections of PVC pipes.

9. I determined that the items that CARROLL purchased are consistent with the clandestine manufacture of suppressors (silencers.) I contacted the Firearms Technology Branch with ATF and determined that these items although common household items, would and could be used to manufacture a suppressor/silencer if that was the intent. CARROLL stated his intent to the Westlake employee who sold the items to him. At approximately 5:30 p.m. on October 25, 2017, I contacted an inspector with ATF, and she stated that no license to manufacture had been issued under Nathaniel Carroll, nor had any application been made, in the name of Nathaniel Carroll to manufacture a silencer.

10. I have observed "how-to" videos regarding the manufacture of silencers. I believe that CARROLL may have had access to similar videos based upon the fact that there is no evidence that CARROLL is an expert in the manufacture of silencers and CARROLL purchased the exact items demonstrated in one of the video's that I viewed. CARROLL's criminal history reflects convictions for user amounts of marijuana.

11. At approximately 9:00 p.m. on October 25, 2017, agents and officers serviced a

federal search warrant at 7057 North Meadow Drive, Fulton, Missouri, the residence of Nathaniel CARROLL. Myself and FBI S/A Abram contacted and detained CARROLL in the driveway of the residence before law enforcement cleared the residence. We drove CARROLL to the Sheriff's Office and interviewed CARROLL at the Callaway County Sheriff's Office. CARROLL was read his *Miranda* Warning prior to any questioning and signed an FBI *Miranda* form in the presence of myself and S/A Abram. During the interview, CARROLL was asked if he purchased items at the Westlake's Ace Hardware store. He stated that he did. CARROLL eventually explained to me and S/A Abram that he purchased parts to build a silencer because his neighbors were complaining about him shooting at his house. CARROLL stated that the suppressor that he built was on the shelf in his garage. I later learned that agents found the suppressor described by CARROLL where he said it would be, next to a baggie of suspected marijuana. Another suspected suppressor was found in a gun safe in the residence along with a rifle that was threaded to fit the suppressor that was next to it in the safe. This suspected suppressor appears to have been made from oil filters covered in an adhesive tape. Oil filters are a very common item used for homemade "silencers." Items were also found in the garage that were consistent with parts used to build suppressors.

12. Thirteen firearms besides the suppressors were found inside the residence as well as over 1,000 rounds of assorted ammunition. These firearms were in various places within the residence.

13. Based upon all of the above, I believe there is probable cause that CARROLL committed the offense of manufacture of a silencer in violation of Title 26, United States Code, Section 5861(f).

14. The facts set forth in this affidavit are true and correct to the best of my knowledge and belief.

15.     Further, affiant sayeth not.

_____
**Philip D. Pritchett**
Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives


Sworn to and subscribed before me, on this, the 26th day of October, 2017.

_____
**Willie J. Epps, Jr.**
United States Magistrate Judge

5